PROB 12A
(12/98)

# United States District Court
## for
## Southern District of Ohio
## Report on Offender Under Supervision

Name of Offender: **Brian E. Mooney**  Case Number: **CR-00-94-2**

Name of Sentencing Judicial Officer:   **The Honorable Herman J. Weber**
**Senior United States District Judge**

Date of Original Sentence: **September 5, 2001**

Original Offense: **Conspiracy to Possess with Intent to Distribute Methamphetamine in Excess of Five Grams and Marijuana**

Original Sentence: **77 months in prison, 48 months of supervised release, a $2,000 fine, and a $100 special assessment**

Type of Supervision: **Supervised Release**    Date Supervision Commenced: **July 18, 2006**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Standard Condition: You shall not commit another Federal, state, or local crime and shall not illegally possess a controlled substance.<br><br>On October 10, 2006, Mooney contacted this officer and reported that he was arrested by the Butler County Sheriff's Officer for False Report to Police Officer. He indicated the arrest occurred on October 8, 2006. The charge is pending. |

U.S. Probation Officer Action: **It is respectfully recommended that no action be taken until the pending charge is resolved.**

Respectfully Submitted By,

Mark R. Grawe
United States Probation Officer
Date: October 13, 2006

Reviewed By,

John C. Cole
Supervising United States Probation Officer

[✓]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

Signature of Judicial Officer

10/17/06
Date