PROB 12B
(12/98)

# United States District Court
## for
## District of Southern Ohio
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: **Brian E. Mooney**     Case Number: **CR-00-94-2**

Name of Sentencing Judicial Officer:     **The Honorable Herman J. Weber**
**United States Senior District Judge**

Date of Original Sentence: **September 5, 2001**

Original Offense: **Conspiracy to Possess with Intent to Distribute Methamphetamine in Excess of Five Grams and Marijuana, a class B felony, in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B)**

Original Sentence: **77 months in prison, 48 months of supervised release, a $2,000 fine, and a $100 special assessment**

Type of Supervision: **Supervised Release**     Date Supervision Commenced: **July 18, 2006**

## PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total term of years.
[X]   To modify the conditions of supervision as follows: **Mooney will not consume any alcohol while on supervised release.**

## CAUSE

On July 20, 2006, Mooney submitted a urine sample that tested positive for alcohol. Furthermore, on August 14, 2006, he submitted a urine sample that tested positive for cocaine. Mooney signed a Waiver of Hearing to Modify Conditions of Supervised Release agreeing to not consume any alcohol while on supervised release.

Respectfully Submitted By,     Reviewed and Approved By,

Mark R. Grawe     John C. Cole
United States Probation Officer     Supervising United States Probation Officer
Date: February 28, 2007

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

3/8/07
Date

PROB 49

# UNITED STATES DISTRICT COURT
## Southern District of Ohio

### Waiver of Hearing to Modify Conditions
### of Supervised Release

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I also understand I have the right to contact an attorney prior to signing this waiver.

     I hereby knowingly and voluntarily waive my right to consult an attorney before signing this waiver and I knowingly and voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release.

Mooney will not consume any alcohol while on supervised release.

Witness: _____  Signed: _____
          U.S. Probation Officer                         Supervised Releasee

                  10-26-06
                   DATE