PROB 12A
(12/98)

# United States District Court
## for
## Southern District of Ohio
## Report on Offender Under Supervision

Name of Offender: **Brian E Mooney**                     Case Number: **1:00CR00094**

Name of Sentencing Judicial Officer:     **The Honorable Herman J. Weber**
**United States Senior District Judge**

Date of Original Sentence: **September 5, 2001**

Original Offense: **Conspiracy to Possess with Intent to Distribute Methamphetamine in Excess of Five Grams and Marijuana, a class B felony, in violation of 21 U.S.C. §§ 846 & 841 (a)(1) & (b)(1)(B)**

Original Sentence:  **77 month(s) prison, 48 month(s) supervised release, a $2,000 fine and a $100 special assessment**

Type of Supervision: **Term Of Supervised Release**     Date Supervision Commenced: **July 18, 2006**

---

On June 26, 2007, Your Honor granted Mooney an exception to mandatory revocation and modified the conditions of his supervised release to include the completion of 90 days in a residential re-entry center as a sanction for the five positive urine specimens he has submitted since commencing supervised release. Mooney was to enter the Talbert House residential re-entry center on July 10, 2007, however was granted a new entry date of July 17, 2007, after he discovered his 18-year-old son deceased on July 6, 2007. Upon entering the Talbert House on July 17, 2007 Mooney admitted to staff that he had been using a quarter-gram of heroin intravenously for approximately the past week. Given this, Mooney was placed in a detoxification program at the Center for Chemical Addictions Treatment on July 17, 2007 in order to complete medical detoxification. Talbert House has agreed to allow Mooney to re-enter their program after his detoxification process is complete.

U.S. Probation Officer Action: It is respectfully recommended that no action be taken against Mooney at this time.

Respectfully submitted,                          Approved,

by: *Melissa Mutter* /by                         *John Cole*

**Melissa Mutter**                                **John Cole**
U. S. Probation Officer                           Supervising U. S. Probation Officer
Date:    **July 19, 2007**                        Date:    **July 19, 2007**

---

[✓]   I concur with the recommendation of the Probation Officer
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons

*H.J. Weber*
Signature of Judicial Officer

7/23/07
Date