# United States District Court
## for
## Southern District of Ohio
## Report on Offender Under Supervision

Name of Offender: **Brian E Mooney**                               Case Number: **CR-00-94-2**

Name of Sentencing Judicial Officer:   **The Honorable Herman J. Weber**
                                        **United States Senior District Judge**

Date of Original Sentence: **September 5, 2001**

Original Offense: **Conspiracy to Possess with Intent to Distribute Methamphetamine in Excess of Five Grams and Marijuana, a Class B felony, in violation of 21 U.S.C. §§ 846 & 841 (a)(1) & (b)(1)(B)**

Original Sentence: **77 month(s) prison, 48 month(s) supervised release**

Type of Supervision: **Term Of Supervised Release**        Date Supervision Commenced: **July 18, 2006**

---

On June 26, 2007 Your Honor granted Mooney exception to mandatory revocation and modified the conditions of his supervised release to include the completion of 90 days at a residential re-entry center as a sanction for the five positive urine specimens he has submitted since commencing supervised release. Mooney entered the residential re-entry center on July 17, 2007, and was terminated unsuccessfully on October 9, 2007, after he failed to make his required weekly subsistence payments for five weeks. The offender owes the residential re-entry center more than $600.00.

U.S. Probation Officer Action: It is respectfully recommended that no action be taken against Mooney at this time. This officer will make every effort to ensure Mooney makes payments toward the balance he owes the residential re-entry center.

Respectfully submitted,                    Approved,

by *[signature]* Melissa A. Mutter           by *[signature]*

**Melissa Mutter**                          **Robert C. Frommeyer**
U. S. Probation Officer                    Supervising U. S. Probation Officer
Date:   **October 9, 2007**                 Date:   **October 9, 2007**

---

[✓] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

10/11/07
Date