# CRIMINAL MINUTES
## PROBATION VIOLATION OR SUPERVISED RELEASE VIOLATION

United States of America                      Case 1:00cr94-2

vs

BRIAN MOONEY

Court Personnel:
U.S. Magistrate Judge Timothy S. Black
Courtroom Deputy: Jan Lahley
Court Reporter:        ditigal recording  TS071220-125735
Date:                  12/20/07        3:30

Attorney for USA:          Christy Muncy
Attorney for Defendant:    Federal Public Defender

___✓___ Initial appearance held. Defendant informed of rights and charges.

_____ Case continued for Probable Cause Hearing __✓__ Detention Hearing __✓__
        on _Wed 12/26/07 1:30 before MJ HOGAN_

_____ Probable cause hearing held/waived. Defendant to appear before District Judge WEBER for
        Probation Violation/supervised release hearing.

_____ Probable cause found / not found

_____ Defendant DETAINED pending hearing.
_____ Defendant RELEASED on _____ bond

__✓__ Order APPOINTING counsel ___FPD_____

Remarks:
_____
_____
_____

Δ waives time