UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

BRIAN E MOONEY,
    Defendant.

Case No. __1:00cr094__
(Hogan, MJ.)

2007 DEC 26 PM 2:05

**CRIMINAL MINUTES before
Magistrate Judge Timothy S. Hogan**

Courtroom Deputy: Arthur Hill
Court Reporter: Official Reporter, __Jodie Perkins__
Date/Time: December 26, 2007 at 1:30 PM

United States Attorney: __Karl Kadon__     Defendant Attorney: __Ransom Hudson, AFPD__

*Initial Appearance Hearing on [ ] Complaint; [ ] Indictment; [ ] Information; or [X] petition for probation / supervised release; [ ] pretrial release violation; [ ] Rule 6(c)(3) proceedings out of the District of_____*

[ ] Counsel present
[ ] Defendant informed of his / her rights
[ ] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[ ] Financial affidavit presented to the Court/Defendant
[ ] Counsel previously appointed.

*Detention Hearing:* [X] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness _____
[ ] OR   [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to _____
[ ] _____ [ ] _____ [ ] _____ [ ] _____

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [X] waived; [ ] bond continued/denied
AUSA Witnesses: _____  Defendant Witnesses: _____

AUSA Exhibits: _____  Defendant Exhibits: _____
[ ] Preliminary Exam Hearing set _____
[ ] Case to proceed before the Grand Jury
[ ] Case set for Arraignment _____

*Arraignment on [ ] Indictment or [ ] Information:*
Defendant waives reading of: [ ] Indict     [ ] Info  [ ] Indict Read     [ ] Info Read
Defendant pleads:   [ ] GUILTY    [ ] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[X] Case to proceed before Judge __Weber__
[ ] Statement of Agent _____

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing. ; [ ] Defendant waived preliminary examination
[ ] Commitment to Another District Ordered (Rule 40), remove to _____
[ ] Case set for a _____

Remarks: