AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_Southern_ DISTRICT OF _Ohio (Western Division)_

UNITED STATES OF AMERICA

v.

_Brian Mooney_

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: _1:00cr94_

I, _Brian E. Mooney_, charged in a (complaint) (petition) pending in this District with _Supervised Release Violation_ in violation of Title _____, U.S.C., _____, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_[signature]_
Defendant

_12/26/07_
Date

_[signature] C. Ramon Hudson_
Counsel for Defendant