UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v                                        Criminal: CR-1-00-94

BRIAN MOONEY

    Defendant

**ORDER**

**Parties are hereby notified that the above styled case is SCHEDULED for a Revocation Hearing on Monday, January 7, 2008 at 2:30 p.m.**

**IT IS SO ORDERED.**

                                                      s/Herman J. Weber
                                                 Judge Herman J. Weber
                                               United States District Court