UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

### CRIMINAL MINUTES - SUPERVISED RELEASE REVOCATION HEARING

UNITED STATES OF AMERICA
              -vs-                                              CASE NO. CR-1-00-94
**BRIAN MOONEY**

---

COUNSEL PRESENT:

ASSISTANT UNITED STATES ATTORNEY: Tim Oakley
DEFENSE: Ransom Hudson

---

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Law Clerk Amy Thomas

Court Reporter J. Wolfer (Official)

Courtroom Deputy Darlene Maury

Probation Officer: Mark Grawe


DATE: Monday, January 7, 2008
TIME: 10:00 a.m. - 10:40 a.m.

**DOCKET ENTRY:**

Case called before J. Weber for a SUPERVISED RELEASE REVOCATION HEARING. Defendant present with counsel. Defendant admits violations. The Court finds that defendant has violated his Conditions of Supervised Release.

**IT IS ORDERED** that the conditions of defendant Brian Mooney's Supervised Release be **REVOKED** and the defendant is sentenced to the Bureau of Prisons for Thirteen (13) months followed by Two (2) Year Supervised Release.

Conditions of Supervised Release stated for the record.

Deft is ordered to pay the balance of the criminal monetary penalties (originally imposed). Payment Schedule established

Defendant advised of right to appeal.

Defendant **REMANDED** to custody of the U.S. Marshal.